```
SM 08/04/21  ACCTW 16950      FRM (167)-973-4590  LEDGER CARD & MAJOR MEDICAL HISTORY  FROM: 01/21/17 TO: 08/25/17         PAGE  1
```

```
                  ANGELA  OLSON                                          ARTHRITIS GROUP
                  4603 EUGENE DR                                         7908 BUSTLETON AVENUE
                  BRISTOL, PA   19007                                    PHILADELPHIA, PA 19152-3350
                                                                         (215)-725-7400

                                                       LAST PER PD:    $0.00 on 00/00/00
LAST BIL:  06/02/21   CURRENT    30      60      90     120+   YTD NCHG:   $0.00    INS#   38 = UNITED HEALTHCARE
 TTL BAL:  $182.06    0.00      0.00    0.00    0.00   182.06  YTD PPAY:   $0.00           * 2 = MEDICARE
ASIGN'D :   $0.00     0.00      0.00    0.00    0.00    0.00   YTD OPAY:   $0.00    Cov: (*None, !Some)
COLL (Z):   $0.00     0.00      0.00    0.00    0.00    0.00                        DR #-NAME         I.D. #
WC/NF(W):   $0.00     0.00      0.00    0.00    0.00    0.00                        10-JOHNSON, JILL  23-2846614
PERS (*):  $182.06    0.00      0.00    0.00    0.00   182.06
```

| RECORD# | FROM/TO DATES | PATIENT | CPT/HCPCS DESC | FEE SCH | DX #1 | DX #2 | L D | I A CLAIM | CHARGES | RECEIPTS | PER CHG BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 48690A | 07/21/17 | ANGELA | OFFICE O/P NEW MOD 99204 M06.4 | | Z68.39 | | 9 10 | N N | $225.00 | | |
| 48691A | 08/07/17 | ANGELA | UNITE DEDUCT(CK#QK75557785) PAYMENT | | | | 9 10 | N | | $0.00 | |
| 48692A | 08/07/17 | ANGELA | Accept Assig ADJUST | | | | 9 10 | N | $-80.66 | | $144.34* |
| 48686A | 08/11/17 | ANGELA | OFFICE O/P EST MOD 99214 M06.4 | | R76.0 | | 9 10 | N N | $150.00 | | |
| 48687A | 09/28/17 | ANGELA | UNITED HEALT(CK#QC65182521) PAYMENT | | | | 9 10 | N | | $75.45 | |
| 48688A | 09/28/17 | ANGELA | Accept Assig ADJUST | | | | 9 10 | N | $-55.69 | | |
| 48689A | 09/05/17 | ANGELA | UNITED HEALT(CK#QK75830748) PAYMENT | | | | 9 10 | N | | $0.00 | $18.86* |
| 48682A | 09/01/17 | ANGELA | OFFICE O/P EST MOD 99214 M06.4 | | R76.0 | | 9 10 | N N | $150.00 | | |
| 48683A | 10/30/17 | ANGELA | UNITED HEALT(CK#QC65419183) PAYMENT | | | | 9 10 | N | | $75.45 | |
| 48684A | 10/30/17 | ANGELA | Accept Assig ADJUST | | | | 9 10 | N | $-55.69 | | |
| 48685A | 09/18/17 | ANGELA | UNITED HEALT(CK#QK76085914) PAYMENT | | | | 9 10 | N | | $0.00 | $18.86* |

```
                                                         GROSS CHARGES:      $525.00
                                                         TOTAL ADJUSTS:      -192.04
                                                         TOTAL BALANCE:      $332.96    150.90    182.06
                                                         ASSIGNED BALANCE:                         $0.00
                                                         COLLECT  BALANCE:                         $0.00Z
                                                         WCOMP/NF BALANCE:                         $0.00W
                                                         PERSONAL BALANCE:                         $182.06*
                                                         VISIT COUNT: 3
```

SIGNATURE: _____ .

PLEASE NOTE:  FOLD AT "_" MARKS FOR STANDARD #10 WINDOW ENVELOPE.

THE ABOVE INFORMATION REFLECTS ONE ACCOUNT MEMBER ONLY, `ANGELA`



AUG 13 2021

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angela Olson and Joseph T. Olson
　　　　Debtor(s)

Case No: 18-13302-amc
Chapter: 13

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/30/21



AUG 1 3 2021

46 – 45
Form 138OBJ

006414　　　　　　　　　　　　　31209006420012