*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angela Olson and Joseph T. Olson

Debtor(s)

Case No: 18−13302−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Telephonic Status Hearing re: Copy of Invoice from the Arthritis Group

Parties are to call in:
Dial: 877−873−8017
Access Code: 3027681#

on: 9/15/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  8/20/21

Timothy B. McGrath
Clerk of Court